IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KEVIN T. RICHARD, | : | Case No. 1:19-cv-581 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

### ORDER

This case is before the Court on the parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. 22). Due notice having been given, and the Court being fully advised,

**IT IS THEREFORE ORDERED THAT**:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. 22) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $5,000.00 and costs in the amount of $0.00, for a total of $5,000.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel;

3. The previously filed "Notice of Motion for Attorney's Fees" (Doc. 20) is terminated as moot; and

4. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature: Matthew W. McFarland]*

JUDGE MATTHEW W. McFARLAND